IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FREUND,<br><br>    Plaintiff,<br><br>  v.<br><br>EFPTR, LLC,<br><br>    Defendant. | Case No. 25-cv-05432-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having jointly informed the Court at the Case Management Conference, conducted October 10, 2025, that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: October 14, 2025

MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.